IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WAZIR SHABAZZ, | ) CASE NO. 7:13CV00300 |
|     Plaintiff, | ) |
| | ) FINAL ORDER |
| v. | ) |
| | ) |
| DAVE ROBINSON, ET AL., | ) By: Michael F. Urbanski |
| | ) United States District Judge |
|     Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the defendants' motion to dismiss (ECF No. 19) is **GRANTED**, and this action is stricken from the active docket of the court.

Entered: July 31, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge